UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHOENADEL,<br><br>                              Plaintiff,<br><br>         -against-<br><br>YOUGOV AMERICA, INC.,<br><br>                              Defendant. | 22-CV-10236 (AS)<br><br><u>SCHEDULING ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

The conference set for January 10, 2024, at 9:00 a.m. will proceed as scheduled. It will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 708 215 210, followed by the pound (#) sign.

SO ORDERED.

Dated: August 11, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge