# V<small>LADECK</small>, R<small>ASKIN</small> & C<small>LARK</small>, P.C.

A<small>NNE</small> L. C<small>LARK</small>
(212) 403-7332
E<small>MAIL</small>: aclark@vladeck.com

November 20, 2023

**Via ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    *Schoenadel v. YouGov America, Inc.* No. 22-cv-10236-AS

Dear Judge Subramanian:

       We represent Plaintiff Tracy Schoenadel ("Schoenadel") in the above captioned matter. On November 17, 2023, Plaintiff submitted 15 exhibits with her Application for the Issuance of a Letter of Request and supporting declaration and requested that one of those exhibits be redacted. In accordance with Section 11(C)(iii) of this Court's Individual Practices, Plaintiff Tracy Schoenadel ("Schoenadel") respectfully seeks leave to file one of the 15 exhibits filed in conjunction with her Application for the Issuance of a Letter of Request with redactions.

       Defendant YouGov America, Inc. ("YouGov") asked Plaintiff to redact the document because it contains confidential company revenue figures, as well as internal strategy and analysis regarding company revenue and sales. Plaintiff does not have a position on whether the document should be filed in its redacted form.

       The document is redacted on the ECF filing of this letter and on Plaintiff's Application papers.

                            Respectfully submitted,

                            /s Anne L. Clark

                            Anne L. Clark

cc:    Counsel of Record (by ECF)

> Application GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 39.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: November 21, 2023