UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY SCHOENADEL,<br><br>      Plaintiff,<br><br> -against-<br><br>YOUGOV AMERICA, INC.,<br><br>      Defendants. | 22-CV-10236 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 The Clerk of Court is respectfully directed to terminate the motions at Dkts. 34 and 46. Plaintiff may file a revised letter of request for Stephan Shakespeare, listing an address. The parties should meet and confer as to the motion to compel Frank Saez's deposition and discuss which foreign tribunal is the proper addressee. Dkt. 46. The plaintiff may then file an appropriate letter for signature attached to a letter-motion, pursuant to this Court's Individual Practices.

 SO ORDERED.

Dated: December 13, 2023
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge