UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY SCHOENADEL,<br><br>                    Plaintiff,<br><br>            -against-<br><br>YOUGOV AMERICA, INC.,<br><br>                    Defendants. | 22-CV-10236 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff's motion for issuance of a letter rogatory is GRANTED. Dkt. 48. The Clerk of Court shall issue a letter rogatory under this Court's seal.

    The Clerk of Court is directed to terminate the motion at Dkt. 48.

Dated: December 14, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge