UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY SCHOENADEL,<br><br>        Plaintiff,<br><br>  -against-<br><br>YOUGOV AMERICA, INC.,<br><br>        Defendants. | 22-CV-10236 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's teleconference:

1. The parties should meet and confer and submit a joint letter outlining their respective positions on the privilege issue by Friday, January 12;

2. YouGov must produce any documents related to (i) Mr. Saez's termination; (ii) Ms. Rowan's discussions with Mr. Shakespeare after she complained of discrimination; and (iii) any communications regarding changes in the employment conditions of Evan Williams and Victor Gras.

All discovery must be produced by the current deadline for expert discovery, February 14, 2024.

SO ORDERED.

Dated: January 11, 2024
   New York, New York

                      _____
                       ARUN SUBRAMANIAN
                       United States District Judge