

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas
New York, New York  10036

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Meghan E. Hill
T   +1 212 407 0105
meghan.hill@squirepb.com

May 15, 2024

<u>Via ECF</u>

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**Re:** *Tracy Schoenadel v. YouGov America, Inc.*, No. 22-CV-10236-AS

Dear Judge Subramanian:

We represent Defendant YouGov America Inc. ("YouGov") in the above-captioned action. We write with respect to this Court's April 19, 2024, Order to refile the declaration of Scott Horowitz, attached as an exhibit to YouGov's Memorandum of Law in Support of Motion to Strike, with an additional redaction. (ECF No. 120-3.)  YouGov has refiled this document with the additional redaction permitted by this Court's April 19, 2024 Order. (ECF No. 145.)

To remove the originally filed declaration from this Court's docket (ECF No. 120-3), the Clerk's Office has instructed us to request an Emergency Sealing via the ECF Help Desk and to request that this Court formally seal the original filing pursuant to Electronic Case Filing Rule 21.8. Accordingly, YouGov respectfully requests that this Court order the sealing of ECF No. 120-3.

Respectfully submitted,

Squire Patton Boggs (US) LLP

Meghan E. Hill

cc:  All Counsel of Record (via ECF)

Application granted.

The Clerk of Court is directed to seal Dkt. 120-3 and terminate the motion at Dkt. 146.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 16, 2024

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.