UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY SCHOENADEL,

                Plaintiff,

-against-

YOUGOV AMERICA, INC.,

                Defendant.

22-CV-10236 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    By 5:00 PM on August 26, 2024, the parties should file a joint letter on the docket specifying two separate weeks in October and November that would work for all involved (including the parties themselves and any necessary witnesses) to try this case.

Dated: August 22, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge