UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHOENADEL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>YOUGOV AMERICA, INC.,<br><br>　　　　　　　　　　Defendant. | 22-cv-10236 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Plaintiff's motion to seal the originally filed declaration of Scott Horowitz is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 118 and seal ECF No. 101.

New York, New York　　　　　　　　　　　　SO ORDERED. Dated: August 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge