UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY SCHOENADEL,<br><br>        Plaintiff,<br><br>  -against-<br><br>YOUGOV AMERICA, INC.,<br><br>        Defendant. | 22-cv-10236 (AS)<br><br><u>SCHEDULING ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are hereby ORDERED to appear for a hearing on defendant's pending motion for summary judgment, Dkt. 66, on **Wednesday, January 15, 2025**, at **3:00 PM**, in Courtroom 15A, 500 Pearl Street, New York, NY 10007. Absent leave of Court obtained by letter-motion before the hearing, the hearing must be attended by the attorney who will serve as lead trial counsel as well as the principal decisionmaker (the "buck stops here" person) for the clients.

  SO ORDERED.

Dated: December 19, 2024
    New York, New York

                         _____
                           ARUN SUBRAMANIAN
                         United States District Judge