

Anne L. Clark
(212) 403-7332
aclark@vladeck.com

December 30, 2024

**By ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Tracy Schoenadel v. YouGov America, Inc., Case No. 22-CV-10236</u>

Dear Judge Subramanian:

    We represent Plaintiff Tracy Schoenadel in the above-captioned action against Defendant YouGov America, Inc. We write to request that the hearing scheduled for January 15, 2025 (Scheduling Order dated December 19, 2024; Dkt. #155) be rescheduled. I have an arbitration hearing the week of January 13, 2025, that will fill every day that week. We have consulted with defendant's counsel, and counsel have consulted with their respective clients. The parties and their counsel are available January 27 and 28 if the Court has time on either of those dates.

                          Respectfully submitted,

                          */s Anne L. Clark*

ALC:bw
cc:    Counsel of record (via ECF)

The hearing is hereby rescheduled to Tuesday, January 28, 2025, at 11:00 AM. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 156.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 30, 2024