**VRC** | **Vladeck Raskin Clark p.c.**

Anne L. Clark
(212) 403-7332
aclark@vladeck.com

February 14, 2025

**Via ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Tracy Schoenadel v. YouGov America, Inc., No. 22-CV-10236

Dear Judge Subramanian:

      We represent Plaintiff Tracy Schoenadel in the above-captioned action against Defendant YouGov America, Inc. We write regarding Plaintiff's Motion in Limine that was filed on February 4, 2025, and inadvertently on February 6, 2025. (ECF Nos. 169, 174) Plaintiff has refiled this document with a redaction (ECF Nos. 175) Under Rule 11(A) of this Court's Individual Practices in Civil Cases, the information redacted does not require prior court approval. To remove the originally filed Motions in Limine from the Court's docket (ECF Nos. 169, 274), the Clerk's office has instructed us to request an Emergency Sealing via the ECF Help Desk and to request that this Court formally seal the original filing pursuant to Electronic Case Filing Rule 21.7. Accordingly, Plaintiff respectfully requests that this Court order the sealing of ECF Nos. 169 and 174.

      Respectfully submitted,

      */s Anne L. Clark*

ALC:bw

cc:    Counsel of record (via ECF)

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 179.

Arun Subramanian, U.S.D.J.
Date: February 14, 2025